USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11-19-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
United States of America,

                       **ORDER**
                       18-CR-420 (ALC)

-against-

Jerrell Fulcher,

                Defendant(s)
-------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

A Change of Plea Hearing is scheduled for **November 26, 2019** at **10:30 a.m.**

**SO ORDERED.**

Dated: New York, New York
       November 19, 2019

_____
**ANDREW L. CARTER, JR.**
**UNITED STATES DISTRICT JUDGE**