USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3-10-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

United States of America,

                          **ORDER**

                         **18-CR-420 (ALC)**

       -v-

Jerrell Fulcher,

           Defendant(s)
-----------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

Due to a conflict on the Court's calendar, the April 10, 2020 sentencing is adjourned to

**April 13, 2020 at 11:00 a.m.**

    **SO ORDERED.**

Dated: New York, New York
       March 10, 2020

                                    ANDREW L. CARTER, JR.
                                    UNITED STATES DISTRICT JUDGE