USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/23/20 _____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------- x
**UNITED STATES OF AMERICA,**

                **Plaintiff,**

     -against-

**JERRELL FULCHER,**

                **Defendant.**

------------------------------------------------------------------- x

**18-CR-420 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

      The sentencing scheduled for September 21, 2020 is adjourned to **January 21, 2021** at **12:00 p.m.**

**SO ORDERED.**

**Dated:**    **New York, New York**
              **September 21, 2020**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**