USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
UNITED STATES OF AMERICA,

                Plaintiff,

   -against-

JERRELL FULCHER,

                Defendant.
------------------------------------------------------------------ x

18-CR-420 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The sentencing scheduled for January 21, 2021 is adjourned to **April 29, 2021** at 10:00 a.m.

**SO ORDERED.**

Dated:    New York, New York
            January 19, 2021

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**