```
UNITED STATES DISTRICT COURT                USDC SDNY
SOUTHERN DISTRICT OF NEW YORK               DOCUMENT ELECTRONICALLY
                                            FILED
-----------------------------------------X  DOC#: _____
United States of America,                   DATE FILED: 4-26-21

                                                    ORDER
                                                    18-CR-420 (ALC)
            -against-


Jerrell Fulcher,
-----------------------------------------X
```

ANDREW L. CARTER, JR., United States District Judge:

    The Sentencing scheduled for April 29, 2021 is adjourned to **August 19, 2021** at **2:00 p.m.**

    SO ORDERED.

Dated: New York, New York
       April 26, 2021

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE