USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/21/21

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA,**

                      **Plaintiff,**

    -against-

**JERRELL FULCHER,**

                      **Defendant.**

---

**18-CR-5420(ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The sentencing set for August 19, 2021 is adjourned to **September 16, 2021** at **2:00 p.m.**

**SO ORDERED.**

**Dated:**     **New York, New York**
               **July 21, 2021**

                                                       _____
                                                           **ANDREW L. CARTER, JR.**
                                                           **United States District Judge**