```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10-14-22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                           Plaintiff,

    -against-                                     18-CR-420 (ALC)

JERRELL FULCHER,                       **ORDER**

                         Defendant.

-------------------------------------------------------------- x

ANDREW L. CARTER, JR., District Judge:

    A Status Conference is set for **October 20, 2022 at 2:00 p.m.**

SO ORDERED.

Dated:    New York, New York
            October 14, 2022

                                                _/s/ Andrew L. Carter, Jr._
                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**