UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                              Plaintiff,

    -against-

JERRELL FULCHER,

                              Defendant.

-------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10-18-22

18-CR-420 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The Violation of Supervised Release Hearing set for October 20, 2022 is adjourned to **October 27, 2022** at **3:00 p.m.**

SO ORDERED.

Dated:    New York, New York
           October 18, 2022

                                                    ANDREW L. CARTER, JR.
                                                    United States District Judge