UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

UNITED STATES OF AMERICA

        -against-

JERRELL FULCHER,

        Defendant.
---------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _10-27-22_

**ORDER**
18 Cr. 420 (ALC)

        Upon the application of Jerrell Fulcher, a defendant in this matter, by his attorney Natali Todd, Esq., for an Order authorizing the appointment of counsel *nunc pro tunc* from October 17, 2022 pursuant to Criminal Justice Act, 18 U.S.C. §3006A;

        IT IS HEREBY ORDERED, that:

        Natali Todd, Esq., is appointed as counsel *nunc pro tunc* from October 17, 2022 to represent Jerrell Fulcher in the above referenced matter, pursuant to Criminal justice Act, 18 U.S.C. §3006A.

Dated: New York, New York
       October _27_, 2022

SO ORDERED

_/s/ Andrew L. Carter_
Hon. Andrew L. Carter
United States District Judge
Southern District of New York